[No. 5604–1. Division One. September 11, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER CLIFFORD POMARLEAU, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 79401, Frank H. Roberts, Jr., J., entered May 9 and 10, 1977. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Callow and Ringold, JJ.

[No. 5617–1. Division One. September 11, 1978.]

CARPENTERS TRUSTS OF WESTERN WASHINGTON, *Respondent,* v. L. ALLEN PERKINS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 812886, James J. Dore, J., entered April 14, 1977. *Affirmed in part* and *reversed in part* by unpublished opinion per Williams, J., concurred in by Andersen, A.C.J., and Ringold, J.

[No. 5618–1. Division One. September 11, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. FLOYD CASPER DUGGER, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. 59545, 79396, Stanley C. Soderland, J., entered May 13, 1977. *Reversed* by unpublished opinion per Callow, J., concurred in by Farris, C.J., and Andersen, J.